## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM CALVIN ELLIOT, and** | ) | |
| **AMY ELLIOTT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0148-CG-B** |
| | ) | |
| **MID-SOUTH HOME CARE** | ) | |
| **SERVICES, INC., GENTIVA HEALTH** | ) | |
| **SERVICES (USA), INC., AND** | ) | |
| **GARDEN CITY MEDICAL a/k/a PMI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The parties having filed a stipulation of dismissal (Doc. 63), representing that this case has been resolved between the parties,[1] all claims in this matter are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his, her, or its own costs.

**DONE and ORDERED** this 13th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1]The plaintiffs' claims against Garden City Medical a/k/a PMI were dismissed with prejudice as of January 26, 2012 pursuant to this court's order issued on January 19, 2012 (Doc. 60).